IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Government, | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-03-186 |
| | § | |
| LARRY N. COLE, | § | |
| | § | |
| Defendant. | § | |
| | § | |
| (Civil Action No. H-05-252) | § | |

## FINAL JUDGMENT

For the reasons set forth in the court's Memorandum and Order of even date, Larry N. Cole's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 is denied, with prejudice.

This is a final judgment in Civil Action No. H-05-252.

SIGNED on August 22, 2005, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge